# Exhibit A



**Your MGM
Credit Card Statement**

**CHRISTINA IZZI**
Account number ending in 0455
For billing cycle ending 07/03/2025

| | |
|---|---|
| New Balance | $12,749.00 |
| Minimum Payment | $254.98 |
| Payment Due | 08/01/2025 |

### Your Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $12,500.00 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $249.00 |
| Interest Charged | $0.00 |
| New Balance | $12,749.00 |
| Statement Closing Date | 07/03/25 |
| Days in Billing Cycle | 29 |
| Total Credit Limit | $12,500.00 |
| Available Credit | $0.00 |
| Cash Limit | $2,500.00 |
| Available Cash | $0.00 |

### Your Payment Information

| | |
|---|---|
| New Balance | $12,749.00 |
| Minimum Payment Due | $254.98 |
| Past Due Amount | $0.00 |
| Payment Due Date | 08/01/2025 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $37,225 |
| $509 | 3 years | $18,324 (Savings $18,901) |

If you would like information about credit counseling services, call 1-866-486-6322.

Issued by First National Bank of Omaha (FNBO®).

---

Please read entire statement for additional important information about your account.
----------------------------------------



Account Number XXXX-XXXX-XXXX-0455

| New Balance | Minimum Payment | Payment Due |
|---|---|---|
| $12,749.00 | $254.98 | 08/01/2025 |

Amount Enclosed: $

Make checks payable to FNBO or pay online at card.fnbo.com/mgmrewards.

CHRISTINA IZZI
312 LONGWOOD RD
KENNETT SQUARE PA 19348-1808

FNBO
P.O. Box 2557
Omaha, NE 68103-2557

☐ Change of Address? If yes, please complete the reverse side of the form.

0455    0000000025498    0000001274900



**CHRISTINA IZZI**
Account number ending in 0455
Transactions for billing cycle ending 07/03/25

**TOTAL POINTS EARNED**

**42,500**

Use your card to earn **6** Points per $1 spent on MGM Rewards Purchases[1]   **2** Points per $1 on Hotel, Dining, Gas or Grocery Purchases   **1** Point per 1 on all other Net Purchases

Point activity summary for the period covered by this statement:

| | |
|---:|---|
| 0 | Points earned on MGM Rewards Purchases |
| 0 | Points earned on Hotel, Dining, Gas and Grocery Purchases |
| 12,500 | Points earned on all other Net Purchases |
| 30,000 | Bonus Points earned |
| 0 | Point adjustments |
| 42,500 | Total Points earned and sent to your MGM Rewards Program account |

All Points will be reported to your MGM Rewards Program account.

You can redeem your MGM Rewards Points by accessing your MGM Rewards Program account online at www.mgmrewards.com.

**BONUS OFFER:**
See the MGM Rewards Iconic Credit Card Terms and Conditions for details related to a bonus offer (if any) related to satisfying a Net Purchase threshold amount during a Qualification Period.

Your Net Purchase spend is $12,500.00.

[1]Made at participating MGM Rewards Destinations and their respective websites and at participating merchants located on the premises of participating MGM Rewards Destinations.

Review your Credit Card Rewards Program Terms and Conditions and MGM Rewards Iconic Card Terms and Conditions at www.mgmresorts.com/iconicterms for details.

325

## TRANSACTION DETAIL

**Transactions**

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 06-11 | 06-11 | 05436845162600029875889 | MGM*BETMGM CR & DB JERSEY CITY NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714356268597 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359099734 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359470075 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359647136 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359573316 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359695432 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359886908 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 57540245162714359984430 | BETMGM ONLINE 4233451561 NJ | $500.00 |

### Transactions

| Trans Date | Post Date | Reference Number | Transaction Description | Credits (CR) and Debits |
|---|---|---|---|---|
| 06-11 | 06-11 | 575402451627143600071862 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627143625043665 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627143700749889 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627143722707677 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443593921699 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443594885388 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443599428566 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443599155555 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443600533133 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443657670400 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443661541800 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443663979877 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443664871500 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443697889844 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-11 | 06-11 | 575402451627443699977599 | BETMGM ONLINE 4233451561 NJ | $500.00 |
| 06-10 | 06-12 | 853694351628727020484300 | BETMGM JERSEY CITY NJ | $500.00 |

### Fees Charged

| | |
|---|---|
| ANNUAL MEMBERSHIP FEE | $249.00 |
| Total Fees for this period | $249.00 |

### Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Balance Transfers | $0.00 |
| Total Interest for this Period | $0.00 |

**Charge Summary** Your Annual Percentage Rate (APR) is the annual interest rate on your account    (v) Variable rate   (f) Fixed rate

| | Annual Percentage Rate (APR) | Special Offer or Eligible Purchases APR Expiration Date | Balance Subject to Interest Rate | Days Rate Used | Interest Charge |
|---|---|---|---|---|---|
| Purchases | 25.24% (v) | NA | $10,007.14 | 29 | $0.00 |
| Cash Advance | 25.24% (v) | NA | $0.00 | 29 | $0.00 |

### 2025 Total Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2025 | $249.00 |
| Total Interest Charged in 2025 | $0.00 |

### Contact Information

| Contact us online | Talk To Us | Mail Payments To |
|---|---|---|
| card.fnbo.com/mgmrewards | 855-748-0921 We accept calls made through relay services (dial 711) | FNBO P.O. Box 2557 Omaha, NE 68103-2557 |